UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,  :  21-Cr-530 (SHS)

    -against-  :  ORDER

GEORGE CONSTANTINE, ET AL.,  :

           Defendants.  :

-----------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Defendant Sady Ribeiro's retained attorney, Kenneth M. Abell, having filed a notice of appearance on September 7, 2021,

    IT IS HEREBY ORDERED that the CJA attorney appointed to represent Mr. Ribeiro on August 25, 2021, is relieved.

Dated: New York, New York
       September 8, 2021

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.