

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 19, 2022

**BY ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:** *United States v. George Constantine et al.*, **S1 21 Cr. 530 (SHS)**

Dear Judge Stein:

    The Government writes to respectfully request until October 31, 2022, to file its opposition brief to the defendant Andrew Dowd's motion for recusal (Dkt. 86).

                            Respectfully submitted,

                              DAMIAN WILLIAMS
                            United States Attorney

              by:    /s/
                            Alexandra Rothman
                            Assistant United States Attorney
                            (212) 637-2580

cc: All counsel of record (by ECF)