UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

GEORGE CONSTANTINE ET AL.,

Defendants.

21-CR-530 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

    This order confirms that the sentencing proceedings for George Constantine and Andrew Dowd shall take place in Courtroom 23A on April 25, 2023 at 11:00 a.m., commencing with the sentencing of George Constantine.

Dated:  New York, New York
       April 24, 2023

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.