# Arnold & Porter

Michael Krouse
+1 212.836.7750 Direct
Michael.Krouse@arnoldporter.com

## MEMO ENDORSED

February 28, 2024

**Request granted.**

**Dated: New York, New York
February 28, 2024**

Hon. Sidney Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

_____
Sidney H. Stein, U.S.D.J.

Re:   United States of America v. Constantine, et al.  Case No: 21-CR-00530
      Request to Travel

Dear Judge Stein:

Defendant Andrew Dowd's father passed away last week. Dr. Dowd respectfully submits this letter to request permission to travel to Sarasota, Florida from March 1 to March 8, 2024, to make arrangements for and attend his father's funeral.

AUSA Alexandra Rothman and Probation Officer Steve Boose consent to this request. Should this request be granted, Dr. Dowd will provide a travel itinerary to Pre-Trial Services.

If you have any questions, please feel free to contact me. Thank you for your consideration.

Respectfully Submitted,

ARNOLD & PORTER
KAYE SCHOLER LLP

By   /s/Michael Krouse
     Michael Krouse