

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 9, 2024

**BY ECF**  **MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
United States Courthouse
New York, New York 10007

    Re:    *United States v. George Constantine*, 21 Cr. 530 (SHS)

Dear Judge Stein:

    The undersigned Assistant United States Attorney is leaving the United States Attorney's Office for the Southern District of New York. Accordingly, the Government respectfully requests that the Court direct the Clerk of Court to terminate the appearance of the undersigned counsel on the above-captioned docket.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/
    Nicholas Folly
    Assistant United States Attorney
    Tel.: (212) 637-1060

**SO ORDERED:**

**Dated: New York, New York**
       **October 10, 2024**

SO ORDERED

*/s/ Sidney H. Stein*
SIDNEY H. STEIN
U.S.D.J.