UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,                :    21-Cr-530 (SHS)

    -v-                                                           :

GEORGE CONSTANTINE and ANDREW   :    ORDER
DOWD,
                                                                      :
                        Defendants.

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      On June 14, 2023, the Court granted defendants' motions for bail pending appeal of their convictions to the U.S. Court of Appeals for the Second Circuit [Doc. No. 278]. In a Summary Order dated February 25, 2025, the U.S. Court of Appeals for the Second Circuit affirmed the amended judgments of conviction in this action. The Mandate issued on April 24, 2025 [Doc. No. 330]. Accordingly,

      IT IS HEREBY ORDERED that the defendants shall surrender for service of their sentences at the institutions designated by the Bureau of Prisons on or before 2:00 p.m. on June 6, 2025.

Dated: New York, New York
        April 25, 2025

                                    SO ORDERED:

                                    _____
                                    Sidney H. Stein, U.S.D.J.