UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 21-Cr-530 (SHS) |
| -v- | : | |
| GEORGE CONSTANTINE, | : | <u>ORDER</u> |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court is in receipt of defendant's motion pursuant to 28 U.S.C. § 2255 [Doc. No. 332].

      IT IS HEREBY ORDERED that:

      1.    The last day for the government to file a response to defendant's motion is June 12, 2025; and

      2.    The last day for the defendant to reply is June 26, 2025.

Dated: New York, New York
       May 14, 2025

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.