UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE CONSTANTINE,<br><span style="text-align:right">Defendant.</span> | 21-cr-530 (SHS)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

On May 23, 2025, this Court granted defendant's request for an adjournment of his surrender date until 7/18/2025 and wrote "[t]here will be no further adjournments." (ECF No. 338.) Today's request for a further adjournment (ECF No. 350) was filed at 4 p.m. This application is denied.

Dated:  New York, New York
          July 17, 2025

SO ORDERED:

Sidney H. Stein, U.S.D.J.