UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

UNITED STATES OF AMERICA,                   :        21-Cr-530 (SHS)

                        -v-                 :

GEORGE CONSTANTINE,                         :        ORDER

                        Defendant.          :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      The Court is in receipt of defendant's motion for compassionate release [Doc. No. 378].

      IT IS HEREBY ORDERED that the government shall file a response to defendant's motion on or before June 30, 2026.

Dated: New York, New York
       June 9, 2026

                   SO ORDERED:

                   Sidney H. Stein, U.S.D.J.